IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS BEAUMONT DIVISION

| | | |
|---|---|---|
| NATHANIEL & SHIRLEY CROSSLEY, § § § | § | CIVIL ACTION NO. 1:22-cv-00006 |
| Plaintiff | | |
| v. | § § | JURY DEMANDED |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § § | NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) |
| Defendants | § | |

## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Nahaniel Crossley and Shirley Crossley, Plaintiffs in the above-styled and numbered cause of action, and moves the Court to dismiss their cause of action against Defendant, Allstate Vehicle and Property Insurance Company, with prejudice and would respectfully show unto this Honorable Court the following:

I.

Plaintiff herein no longer desires to pursue the matters as set forth in Plaintiff's pleadings for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the parties hereto.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Nahaniel Crossley and Shirley Crossley, prays that this cause of action be dismissed with prejudice to the right of Plaintiff to refile same or any part thereof as to the Defendant, Allstate Vehicle and Property Insurance Company; that taxable costs of Court be assessed against the party incurring same; and that the Court enter an Order dismissing this cause of action with prejudice at the earliest possible date of convenience.

Respectfully submitted,

*Nishi Kothari*
_____
Nishi Kothari
State Bar No. 24087862
The Brasher Law Firm, PLLC
1122 Orleans St.
Beaumont, Texas. 77706
nishi@brasherattorney.com
(409)832-3737 - OFFICE
(409)832-3838 - FACSIMILE

**ATTORNEY FOR PLAINTIFF**